

**COM.**

v.

**HOLLEY, M.**

**190 EDA 2015**

Superior Court of Pennsylvania.

04/06/2017

CP–51–CR–0004651–2013
(Philadelphia)

Quashed

**COM.**

v.

**SAUNDERS, S.**

**308 EDA 2016**

Superior Court of Pennsylvania.

04/06/2017

CP–51–CR–0009795–2008
(Philadelphia)

Vacated/Remanded

**COM.**

v.

**SMITH, O.**

**3445 EDA 2015**

Superior Court of Pennsylvania.

04/06/2017

CP–51–CR–0010225–2014
(Philadelphia)

Affirmed

**COM.**

v.

**SMITH, J.**

**593 EDA 2016**

Superior Court of Pennsylvania.

04/06/2017

CP–09–CR–0000637–2015
(Bucks)

Affirmed

